| | |
|---|---|
| 1 | David P. Matthews |
|   | TX No. 13206200 |
| 2 | Jason C. Webster |
|   | TX No. 24033318 |
| 3 | **MATTHEWS & ASSOCIATES** |
|   | 2905 Sackett St. |
| 4 | Houston, TX 77098 |
|   | (713) 522-5250 |
| 5 | (713) 535-7184 facsimile |
|   | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-6648 CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Troy Massey, Individually and on behalf of Joy Massey,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, Troy Massey, Individually and on behalf of Joy Massey, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: Jan. 12, 2010     MATTHEWS & ASSOCIATES

By: _____
    David P. Matthews
    *Attorneys for Plaintiffs*


DATED: Jan. 12, 2010     DLA PIPER LLP (US)

By: _____
    Michelle W. Sadowsky
    *Attorneys for Defendants*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-